# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600348

_____

## UNITED STATES OF AMERICA
Appellee

v.

## MICHAEL D. FOSTER
Private First Class (E-2), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding Officer, Headquarters Battalion, 3d Marine Division, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major Timothy S. Taylor, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 7 February 2017

_____

Before CAMPBELL, RUGH, and BELSKY, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TRIDL
Clerk of Court